# United States District Court
## Violation Notice

WW30

CVB SCAN 08/29/2019 11:22

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F 5401330 | Ness | A358650 |

F5401330

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 08-02-19  1615 | 36 CFR 261.17 |

Place of Offense

Ape Cave

Offense Description:

Failing to Pay any recreation Fee

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Ferrell | Ryan | |

Street Address

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| BDZ1416 | WA | | Niss | SD | GRY |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

| | | |
|---|---|---|
| $ 30 | Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT → | $ 60 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

Previous edition is obsolete

FS-5300-4 (3/2017)

---

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached

The foregoing statement is based upon:

☐ my personal observation     ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

CVB SCAN 08/29/2019 11:22